NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: CARACOL TELEVISION S.A.,**

*Appellant*

---

2023-1154

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 87916944, 87916948.

---

## O R D E R

The appellant having failed to file the preliminary documents and the opening required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 13, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** March 13, 2023